LAWRENCE J. HILTON (Bar No. 156524)
lhilton@onellp.com
OSCAR M. OROZCO-BOTELLO (Bar No. 313104)
oobotello@onellp.com
**ONE LLP**
4000 MacArthur Boulevard
East Tower, Suite 500
Newport Beach, California 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

Attorneys for Defendants
G FARMALABS LIMITED; ATANACHI GONZALEZ; NICOLE GONZALEZ AKA NICOLE ALVAREZ; G FARMALABS DHS, LLC; GFBRANDS, INC.; FINKA DISTRIBUTION, INC.; G FARMALABS WA, LLC,; GOYA VENTURES, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MENTOR CAPITAL, INC., a Delaware corporation, and MENTOR PARTNER I, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>G FARMALABS LIMITED, a Nevada corporation, ATANACHI GONZALEZ, an individual, NICOLE GONZALEZ, an individual aka NICOLE ALVAREZ, G FARMALABS DHS, LLC, a California limited liability company, GFBRANDS, INC., a Nevada corporation fka G FARMABRANDS, INC., FINKA DISTRIBUTION, INC., a California corporation, G FARMALABS WA, LLC, a Washington limited liability company, GOYA VENTURES, LLC, a California limited liability company, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  3:19-cv-3929<br><br>**NOTICE OF REMOVAL**<br><br>(Removed from the Superior Court of the County of Marin, Case. No. 18CHCP00031)<br><br>State Court Action filed: May 28, 2019 |

**NOTICE OF REMOVAL**   Case No. 3:19-cv-3929

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants G FARMALABS LIMITED, ATANACHI GONZALEZ, NICOLE GONZALEZ AKA NICOLE ALVAREZ, G FARMALABS DHS, LLC, GFBRANDS, INC., FINKA DISTRIBUTION, INC., G FARMALABS WA, LLC, and GOYA VENTURES, LLC hereby remove to this Court the state court action described below.

## I. BACKGROUND

1. This case was commenced by the filing of a complaint (the "State Court Complaint") in Marin County Superior Court on May 28, 2019. Defendants first received a copy of the State Court Complaint on June 10, 2019.

2. The State Court Complaint alleges a cause of action against all Defendants for "Civil Rico" under 18 U.S.C. section 1964.

## II. REMOVAL REQUIREMENTS AND JURISDICTION

3. Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because this Notice of Removal was filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based . . . ."

4. All Defendants have joined in this Notice of Removal. 28 U.S.C. §1446(b)(2)(A).

5. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly serve a copy of this Notice on counsel for Plaintiff and will file a copy of this Notice with the Clerk of the Superior Court for the County of the State of California, County of Marin.

6. A true and correct copy of the pleadings in the State Court Action are attached hereto as Exhibit A.

### III. BASIS FOR REMOVAL

7. 28 U.S.C. § 1441(a) provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8. The State Court Complaint alleges a cause of action under the Federal Civil RICO statute, 18 U.S.C. § 1964(c).  *See* State Court Complaint ¶¶ 132-134.

9. The district courts of the United States have original jurisdiction over Civil RICO actions under 28 U.S.C. § 1331.  *See Churchill Village, L.L.C. v. General Electric*, 361 F.3d 566, 573-575 (9th Cir. 2004) (finding that RICO claims establish federal question jurisdiction without expressing any opinion as to the likelihood of success on the claims).  The Superior Court of California, County of Marin, is located within this District and Division.  Venue is thus proper under 28 U.S.C. § 1441(a).

Dated: July 8, 2019

ONE LLP

By: _____
Lawrence J. Hilton
Oscar M. Orozco-Botello

Attorneys for Defendants
G FARMALABS LIMITED; ATANACHI GONZALEZ; NICOLE GONZALEZ aka NICOLE ALVAREZ; G FARMALABS DHS, LLC; GFBRANDS, INC.; FINKA DISTRIBUTION, INC.; G FARMALABS WA, LLC,; GOYA VENTURES, LLC

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4000 MacArthur Boulevard, East Tower, Suite 500, Newport Beach, California 92660.

On July 8, 2019, I caused to be served the following document(s) to the address(es) and by the method of service described below:

**NOTICE OF REMOVAL**

Paul David Marotta
Megan Jeanne
THE CORPORATE LAW GROUP
1342 Rollins Road
Burlingame, CA  94010
Telephone:   (650) 227-8000
Facsimile:    (650) 227-8001
Email:          paul@tclg.com
                     megan@tclg.com

Attorneys for Plaintiffs
MENTOR CAPITAL, INC. and
MENTOR PARTNER I. LLC

[X]   (BY E-MAIL)

[X]   (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on July 8, 2019 at Newport Beach, California.

*Robin Golder*